IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00545-CMA-KMT | Date: | May 19, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

RASHANNA MARSHALL, Mari Anne Newman
 Michael Fairhurst

   Plaintiff,

v.

EXELIS SYSTEMS CORPORATION, and Elizabeth Chilcoat
 Glen Schlabs
LAWRENCE LINDLOFF, Ian Kalmanowitz

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Ms. Newman informs the Court that Bridget Bailey's deposition is scheduled for July 24, 2014.

**ORDERED:  Plaintiff's Partially Unopposed Motion to Permit Further Discovery Pursuant to Federal Rule of Civil Procedure 56(d) [82] is GRANTED IN PART, for reasons stated on record.**

Discussion regarding amending or supplementing the pending motions for summary judgment, [78] and [79], based on Ms. Bailey's deposition and a briefing schedule.

**ORDERED:  Defendants shall supplement or amend their Motions for Summary Judgment, [78] and [79], on or before August 18, 2014.  Plaintiff shall submit a response to the supplemented or amended motions for summary judgment on or before September 8, 2014.  A reply to the supplemented or amended motions for summary judgment is due on or before September 22, 2014.**

**ORDERED:** A Telephonic Final Pretrial Conference is set for November 18, 2014 at 9:30 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.

Court reviews Judge Arguello's practice standards with counsel.

Discussion and argument regarding document production from Ms. Marshall's personnel file pertaining to her May 2011 employment evaluation, promotions, 2009 hero of the week award, potential spoliation, written communications with respect to the litigation and PIPs, damages, and employee counseling records.

**ORDERED:** Plaintiff's Motion to Compel Discovery From Defendant Exelis Systems Corporation [85] is GRANTED IN PART AND DENIED IN PART, as follows:

1) **Document Request No. 3 -** Defendant Exelis is directed to file a status report regarding the production of Ms. Marshall's May 2011 employment evaluation on or before July 14, 2014, as discussed.  To the extent the evaluation can be produced, it shall be produced to Plaintiff on or before July 24, 2014.

2) **Document Request No. 6 -** Defendant Exelis is directed to obtain the assistance of IT staff to search the deleted files from Lawrence Lindloff's Exelis computer for the missing correspondence, as testified to during his deposition.  The request is denied in all other respects.

3) **Document Request No. 10 -** Defendant Exelis is directed to produce to Plaintiff all employee counseling records for any disciplinary proceedings in which Lawrence Lindloff provided input for the entire duration he was employed as Afghanistan Country Manager.

3:53 p.m.     Court in recess.
4:03 p.m.     Court in session.

Further discussion and argument regarding obtaining complaints with respect to discrimination and retaliation.

4) **Document Request No. 13 – Withdrawn by Plaintiff.**

5) **Interrogatory 1 and Document Request No. 5 -** Defendant Exelis is directed to produce to Plaintiff any complaints related to claims of

**discrimination and retaliation in Kuwait and Afghanistan from August 2008 through December 2013, as discussed.**

6) **Interrogatory No. 7 – Defendant Exelis if directed to provide contact information to Plaintiff for former employees who were terminated or had resigned mid-contract from February 2011 through December 2013.**

7) **Plaintiff's request for sanctions is DENIED.**

Court states its practice regarding discovery disputes.

**5:00 p.m.    Court in recess.**

Hearing concluded.
Total in-court time    03:17

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.